# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| JORAN COOLEY,<br><br>          Plaintiff,<br><br>vs.<br><br>MOYRA ANTHONY, et al.,<br><br>          Defendants. | CV 17-165-BLG-SPW<br><br>ORDER ADOPTING MAGISTRATE'S FINDINGS AND RECOMMENDATIONS |

The United States Magistrate Judge filed Findings and Recommendations on April, 29, 2020. (Doc. 28.) The Magistrate recommended dismissing the case for Plaintiff's failure to prosecute. (*Id.* at 4.)

Pursuant to 28 U.S.C. § 636(b)(1), parties are required to file written objections within 14 days of the filing of the Magistrate's Findings and Recommendation. Federal Rule of Civil Procedure 6(d) extends that period by 3 days when a party is served by mail. No objections were filed. When neither party objects, this Court reviews the Magistrate's Findings and Recommendations for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000).

1

After reviewing the Findings and Recommendations, this Court does not find that the Magistrate committed clear error. Plaintiff has failed to prosecute his case, and dismissal is appropriate. *See* Fed. R. Civ. P. 41(b); *Dreith v. Nu Image, Inc.*, 648 F.3d 779, 788 (9th Cir. 2011); *Ferdik v. Bonzelet*, 963 F.2d 1258, 1260 (9th Cir. 1992). Accordingly,

**IT IS ORDERED** that the proposed Findings and Recommendations entered by the United States Magistrate Judge (Doc. 28) are **ADOPTED IN FULL**.

**IT IS FURTHER ORDERED**:

1. This action is **DISMISSED** under Federal Rule of Civil Procedure 41(b) for failure to prosecute.

2. The clerk shall enter a judgment of dismissal.

3. Pursuant to Federal Rule of Appellate Procedure 24(a)(4)B), the Court **CERTIFIES** that any appeal from this disposition would not be taken in good faith.

DATED this 1st day of June, 2020.

/s/ Susan P. Watters
SUSAN P. WATTERS
United States District Judge